FILED
 2006 Dec-07  PM 01:42
 U.S. DISTRICT COURT
    N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| **DANNY RAY THOMPSON,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) 7:05-cv-00117-RDP-JEO |
| | ) |
| **WARDEN CHERYL PRICE and** | ) |
| **THE ATTORNEY GENERAL OF** | ) |
| **THE STATE OF ALABAMA,** | ) |
| | ) |
| Respondents. | ) |

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby **ADOPTS** and **APPROVES** the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accordance with this recommendation, the petition for writ of habeas corpus is due to be denied and dismissed with prejudice. An appropriate order will be entered.

**DONE** and **ORDERED** this      7th      day of December, 2006.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE